```
 1  STEPHANIE S. CHRISTENSEN
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  DAN G. BOYLE (Cal. Bar No. 332518)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2426
         Facsimile: (213) 894-0142
 9       E-mail:  Daniel.Boyle2@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
                      UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                             WESTERN DIVISION
14
```

| UNITED STATES OF AMERICA, | No. 2:22-cv-04950 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |
| Defendant. | |

//

//

Pursuant to Local Rule 83-1.3.1, notice is hereby given that this case is related to (1) <u>United States v. Ayvazyan et al; Case No. 2:20-cr-00579-SVW.</u>

The allegations in each case arise from the same or substantially identical transactions, happenings, or events; call for the determination of the same or substantially related or similar questions of law and fact; and for other reasons would entail substantial duplication of labor if heard by a different judge.

DATED: July 20, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA