| U.S. Department of Justice<br>United States Marshals Service | Log # 2888<br>Capture # 012-2:2022-CV-04950-1 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:22-cv-04950-MWF-JPR ✗ |
|---|---|
| DEFENDANT<br>Real Property Located in Los Angeles, California | TYPE OF PROCESS<br>Complaint/Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Dan G. Boyle, AUSA
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS NOs. 22-FBI-005276 (17450 Weddington St., Encino, California, 91316)

PLEASE POST AND WALK. The case agent is Justin Palmerton.

Signature of Attorney other Originator requesting service on behalf of   ☒ PLAINTIFF   ☐ DEFENDANT

*Dan Boyle*

TELEPHONE NUMBER: (213) 894-2426
DATE: 7/21/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/22/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Loretta (tenant)

Date: 7/29/22   Time: 10:30  ☒ am  ☐ pm

Address (complete only different than shown above)

Signature of U S Marshal or Deputy
K. Domingo
#3581

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

THE POST & WALK HAS BEEN COMPLETED ON JULY 29, 2022.



FILED
CLERK, U.S. DISTRICT COURT
AUG 2 5 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Form USM-285
Rev 03/21