1    JERRY KAPLAN, ESQ. Bar No. 49142
2    JOSEPH BENINCASA, ESQ. Bar. No. 251347
       Kaplan, Kenegos and Kadin
3    Attorneys at Law
       9150 Wilshire Boulevard Suite 175
4    Beverly Hills, California 90212
       Email: kapkenkd@pacbell.net
5    Telephone:(310) 859-7700
       Facsimile:(310) 859-7773
6

7    Attorneys for Claimant
8    NAZIK TUNYAN FAMILY TRUST

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13   THE UNITED STATES OF AMERICA | CASE NO.   2:22-cv-04950 |
| 14        Plaintiff, | |
| 15   vs. | |
| 16 | **CLAIM IN FORFEITURE** |
| 17   REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |
| 18 | |
| 19       Defendant. | |
| 20 | |

21

22       Claimant NAZIK TUNYAN FAMILY TRUST, by and through Trustee Greta Akopyan,

23   as the rightful and legal owner of the defendant property, to wit, the real property located in

24   Los Angeles, California, identified by Assessor's Parcel Number 2257-001-009, and the legal

25   description Lot 13, Block 17, of Tract No. 2955, in the City of Los Angeles, County of Los

26   Angeles, State of California, as per Map recorded in Book 31, Pages 62 et seq in the Office of

27   the County Recorder of said County, and also know by the address of 17450 Weddington

28

Street, Encino, CA  91316, hereby makes claim to said Defendant Property as its personal property.

## **VERIFICATION**

I have read and understand the contents of this claim. I declare under penalty of perjury, as provided by 28 U.S.C. Section 1746, that the foregoing is true and correct and that I am the Claimant authorized to make this claim on behalf of the Nazik Tunyan Family Trust.

Dated: August 26, 2022

_____
Greta Akopyan, Claimant

Date: August 26, 2022

Respectfully submitted,

  /s/ Jerry Kaplan
JERRY KAPLAN
NAZIK TUNYAN FAMILY TRUST

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )   ss.
COUNTY OF LOS ANGELES    )

I am employed in the county of Los Angeles, State of California.  I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On August 26, 2022, I caused to serve the foregoing documents described as CLAIM IN FORFEITURE on the parties in this action by placing a copy thereof in sealed envelope addressed as follows:

Dan G. Boyle
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 N. Spring Street
Los Angeles, CA  90012

[X]   BY U.S. MAIL

[X]   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on August 29, 2022, at Beverly Hills, California.

Dulce Garcia