# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–04950–SVW–JPR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/29/2022__

Document Number(s):   __11__

Title of Document(s):   __Claim in Forfeiture__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Claim

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 30, 2022_            By:  __/s/ Alison Bandek  alison.bandek@cacd.uscourts.gov__
                                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**