NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jerry Kaplan, Esq. #49142
Kaplan, Kenegos & Kadin
9150 Wilshire Blvd., Ste.175
Beverly Hills, CA 90212
Phone: (310) 859-7700
Fax: (310) 859-7773

CLEAR FORM

ATTORNEY(S) FOR: Greta Akopyan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br>v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA<br><br>Defendant(s) | CASE NUMBER:<br>2:22-CV-04950<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ GRETA AKOPYAN, Trusstee of Nazik Tunyan Family Trust _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANGELINA AYVAZYAN | BENEFICIARY OF NAZIK TUNYAN FAMILY TRUST |
| NATALIE AYVAZYAN | SUCCESSSOR TRUSTEE OF NAZIK TUNYAN FAMILY TRUST |
| MERS, INC, as Nominee for Recovo Mortgage Management, LLC. | MORTGAGE HOLDER |

08/30/2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Greta Akopyan, Trustee of Nazik Tunyan Family Trust