JERRY KAPLAN, ESQ. Bar No. 49142
JOSEPH BENINCASA, ESQ. Bar. No. 251347
Kaplan, Kenegos and Kadin
Attorneys at Law
9150 Wilshire Boulevard Suite 175
Beverly Hills, California 90212
Email: kapkenkd@pacbell.net
Telephone:(310) 859-7700
Facsimile:(310) 859-7773

Attorneys for Claimant
GRETA AKOPYAN, Trustee
NAZIK TUNYAN FAMILY TRUST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>　　　　Defendant. | CASE NO.   2:22-CV-04950<br><br>**VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Claimant NAZIK TUNYAN FAMILY TRUST, by and through Trustee Greta Akopyan, as the rightful and legal owner of the defendant property, to wit, the real property located in Los Angeles, California, identified by Assessor's Parcel Number 2257-001-009, and the legal description Lot 13, Block 17, of Tract No. 2955, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 31, Pages 62 et seq in the Office of

the County Recorder of said County, and also know by the address of 17450 Weddington Street, Encino, CA 91316, hereby submits this Answer to the Verified Complaint for Forfeiture.

## JURISDICTION AND VENUE

1. Admitted.
2. Admitted.
3. Admitted.

## PERSONS AND ENTITIES

4. Admitted
5. Admitted
6. Denied. Ms. Gevorgyan resigned as Trustee and Greta Akopyan was designated as the new Trustee on August 16, 2022. Title was recorded on September 8, 2022.
7. Admitted as to the Nazik Tunyan Family Trust and MERS, Inc., as nominee for Recovco Mortgage Management LLC. Claimant denies that the interests of Tamara Dadyan or Artur Ayvazyan may be adversely affected by these proceedings because they do not have a rightful claim of ownership to any portion of the defendant property.

## FACTS SUPPORTING FORFEITURE

8. Claimant lacks sufficient knowledge to admit or deny.
9. Claimant lacks sufficient knowledge to admit or deny.
10. Claimant lacks sufficient knowledge to admit or deny.
11. Claimant lacks sufficient knowledge to admit or deny.

12. Claimant lacks sufficient knowledge to admit or deny.

13. Claimant lacks sufficient knowledge to admit or deny.

14. Claimant lacks sufficient knowledge to admit or deny.

15. Claimant lacks sufficient knowledge to admit or deny.

16. Denied.

17. Claimant denies that the "Ayvazyan Group" had control over the Defendant Property. Claimant lacks sufficient knowledge to admit or deny the remaining allegations.

18. Claimant lacks sufficient knowledge to admit or deny.

19. Claimant lacks sufficient knowledge to admit or deny.

20. Claimant lacks sufficient knowledge to admit or deny.

21. Claimant lacks sufficient knowledge to admit or deny.

22. Claimant lacks sufficient knowledge to admit or deny.

23. Claimant lacks sufficient knowledge to admit or deny.

24. Claimant lacks sufficient knowledge to admit or deny.

25. Claimant lacks sufficient knowledge to admit or deny.

26. Claimant lacks sufficient knowledge to admit or deny.

27. Claimant lacks sufficient knowledge to admit or deny what records were filed with the Los Angeles County Recorder's Office.  Claimant denies that the the Defendant Property was transferred to Trustee Gevorgyan in 2020.  The Defendant property was transferred into the Trust, with Gevorgyan as Trustee, on September 25, 2014.

28. Denied.

29. Claimant lacks sufficient knowledge to admit or deny.

30. Claimant lacks sufficient knowledge to admit or deny.

31. Claimant lacks sufficient knowledge to admit or deny.

32. Claimant lacks sufficient knowledge to admit or deny.

33. Denied. Any payments made by any entity controlled by Ayvazyan or Dadyan were for rent payments, not mortgage payments, on the Defendant Property.

34. Claimant lacks sufficient knowledge to admit or deny.

35. Claimant lacks sufficient knowledge to admit or deny.

36. Claimant lacks sufficient knowledge to admit or deny.

37. Claimant lacks sufficient knowledge to admit or deny.

38. Claimant lacks sufficient knowledge to admit or deny.

## FIRST CLAIM FOR RELIEF

39. Denied.

## SECOND CLAIM FOR RELIEF

40. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state claims upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint does not comply with the requirement of Supplemental Rule G to "state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial." Plaintiff's complaint relies on the actions of third parties

unrelated to the defendant property and there is zero showing that the Claimant was involved in any criminal activity, knew about any criminal activity, or that the defendant property was related to any criminal activity of the third parties.

### THIRD AFFIRMATIVE DEFENSE

The defendant property is not traceable to criminal acts or proceeds, and was not involved in the allege crimes committed by uninterested third parties.

### FOURTH AFFIRMATIVE DEFENSE

All mortgage payments made on the property were with monies owned by the trust or owed to the trust for rent.

**WHEREFORE**, Claimant hereby prays that the Court:

1. Deny Plaintiff's claim for forfeiture of the defendant property;
2. Order the defendant property returned to the Claimant;
3. Order that Plaintiff pay Claimant's attorney's fees and costs pursuant to 28 U.S.C. §2465(b)(1)(A);
4. Enter such additional relief as the Court deems just and proper.

### JURY TRIAL DEMAND

Defendant hereby demands a Jury Trial to adjudicate her claims.

### VERIFICATION

I, Greta Akopyan, hereby declare that

1. I am the Claimant in this action and am authorized to make this Claim on behalf of the Nazik Tunyan Family Trust.

2. I have read the above Verified Answer to Verified Complaint for Forfeiture and know its contents. It is based on my own personal knowledge and belief.

3. Everything contained in this Verfied Answer is true and correct, to the best of my knowledge and belief.

I declare, under penalty of perjury, that the foregoing is true and correct. Dated this 7th of September, 2022.

_____
Greta Akopyan, Claimant


Date: September 9, 2022                          Respectfully submitted,

                                                                                                 /s/ Jerry Kaplan
                                                                                            JERRY KAPLAN
                                                                                            Attorneys for Claimant
                                                                                            GRETA AKOPYAN, Trustee for
                                                                                            NAZIK TUNYAN FAMILY TRUST

**VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On September ___, 2022, I caused to serve the foregoing documents described as VERIFIED ANSWER TO VERFIED COMPLAINT FOR FORFEITURE on the parties in this action by placing a copy thereof in sealed envelope addressed as follows:

DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 N. Spring Street
Los Angeles, CA 90012

[X]   BY U.S. MAIL

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on September 8, 2022, at Beverly Hills, California.

Dulce Garcia

---

7
**VERIFIED ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**