1  **DYKEMA GOSSETT LLP**
   Brian H. Newman (SBN: 205373)
2  *bnewman@dykema.com*
   Rochelle L. Smith (SBN: 316225)
3  *rsmith@dykema.com*
   333 South Grand Avenue, Suite 2100
4  Los Angeles, California 90071
   Telephone:  (213) 457-1800
5  Facsimile:   (213) 457-1850

6  Attorneys for Claimant
   JPMorgan Chase Bank, N.A.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | Case No. 2:22-cv-04950-SVW-JPR |

12 |          Plaintiff, |  |

13 |          vs. | **CLAIM PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS** |

14 | REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |

15 |          Defendant. | |

CLAIM PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

Reviewer ID: Alicia_Hernandez_2022-09-07_16:15:05

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, JPMorgan Chase Bank, N.A. ("Chase") asserts an interest in the subject property as follows:

1.  The specific property at issue is located at 17450 Weddington St., Encino, CA 91316 (the "Property").

2.  Chase is a claimant with respect to the Property in that Chase is the servicer of a loan to which J.P. Morgan Mortgage Trust 2020-9 Mortgage Pass-Through Certificates, Series 2020-9 (the "Trust") has an interest in a secured mortgage lien on the Property with an unpaid principal balance in the amount of $1,852,650.53. Chase acquired servicing rights pursuant to a servicing agreement between Chase and the Trust dated November 30, 2020, and Chase became the servicer of the subject loan, effective February 1, 2021. As servicer, Chase has the authority to preserve and enforce the mortgage lien on the Property, pursuant to applicable loan documents and/or servicing agreements.

Executed this 7th day of September, 2022 at Milwaukee County, Wisconsin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

JPMorgan Chase Bank, N.A.

_____
By: Alicia Hernandez
Title: Authorized Signer

Case No. 2:22-cv-04950-SVW-JPR

---

CLAIM PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2022, I electronically filed the foregoing **CLAIM PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel G. Boyle
AUSA – Office of US Attorney
General Crimes Section
312 N. Spring St. 14th Floor
Los Angeles, CA 90012

Tel:  (213) 894-2426
Fax:  (213) 894-0142
Email:
    Daniel.boyle2@usdoj.gov

Attorney for Plaintiff,
UNITED STATES OF AMERICA

Jerry Kaplan
Joseph D. Benincasa
Kaplan Kenegos and Kadin
9150 Wilshire Blvd. Suite 175
Beverly Hills, CA 90212

Tel:  (310) 859-7700
Fax:  (310) 859-7773
Email:
    kapkkenkd@pacbell.net

Attorneys for Claimant,
NAZIK TUNYAN FAMILY TRUST

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

Anna Fevgin