**DYKEMA GOSSETT LLP**
BRIAN H. NEWMAN, State Bar No. 205373
  *BNewman@dykema.com*
ROCHELLE L. SMITH, State Bar No. 316225
  *RSmith@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Claimant,
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cv-04950-SVW-JPR |
| Plaintiff, | **CLAIMANT JPMORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE** |
| v. | |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |
| Defendant. | |

Claimant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that its or its subsidiaries sponsor, manager or advise have aggregate ownership under the certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

DATED: September 9, 2022          DYKEMA GOSSETT LLP

By: _____
BRIAN H. NEWMAN
Attorneys for Claimant,
JPMorgan Chase Bank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2022, I electronically filed the foregoing **CLAIMANT JPMORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Daniel G. Boyle<br>AUSA – Office of US Attorney<br>General Crimes Section<br>312 N. Spring St. 14th Floor<br>Los Angeles, CA 90012<br><br>Tel:   (213) 894-2426<br>Fax:  (213) 894-0142<br>Email:<br>      Daniel.boyle2@usdoj.gov | Attorney for Plaintiff,<br>UNITED STATES OF AMERICA |
| Jerry Kaplan<br>Joseph D. Benincasa<br>Kaplan Kenegos and Kadin<br>9150 Wilshire Blvd. Suite 175<br>Beverly Hills, CA 90212<br><br>Tel:   (310) 859-7700<br>Fax:  (310) 859-7773<br>Email:<br>      kapkkenkd@pacbell.net | Attorneys for Claimant,<br>NAZIK TUNYAN FAMILY TRUST |

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

_____
Anna Fevgin