**DYKEMA GOSSETT LLP**
BRIAN H. NEWMAN, State Bar No. 205373
  BNewman@dykema.com
ROCHELLE L. SMITH, State Bar No. 316225
  RSmith@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Claimant,
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>    Defendant. | Case No. 2:22-cv-04950-SVW-JPR<br><br>**JPMORGAN CHASE BANK, N.A.'S ANSWER TO COMPLAINT** |

Claimant JPMorgan Chase Bank N.A., ("Chase") hereby answers the Complaint filed by Plaintiff United States of America ("Plaintiff") as follows:

1. In response to Paragraph 1, Chase states that this paragraph states a conclusion of fact or statement of law that requires no response.

2. Chase does not contest that the Court has jurisdiction over it.

3. Chase does not contend that venue is improper.

4. In response to Paragraph 4, Chase states that this paragraph states a conclusion of fact or statement of law that requires no response.

5. In response to Paragraph 5, Chase admits the allegations set forth in this paragraph.

6. In response to Paragraph 6, Chase admits the allegations set forth in this paragraph.

7. In response to Paragraph 7, Chase states that this paragraph states a conclusion of fact or statement of law that requires no response.

8. In response to Paragraph 8, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 8, and on that basis denies each and every allegation contained therein.

9. In response to Paragraph 9, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 9, and on that basis denies each and every allegation contained therein.

10. In response to Paragraph 10, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 10, and on that basis denies each and every allegation contained therein.

11. In response to Paragraph 11, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 11, and on that basis denies each and every allegation contained therein.

12. In response to Paragraph 12, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 12, and on that basis denies each and every allegation contained therein.

13. In response to Paragraph 13, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 13, and on that basis denies each and every allegation contained therein.

14. In response to Paragraph 14, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 14, and on that basis denies each and every allegation contained therein.

15. In response to Paragraph 15, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 15, and on that basis denies each and every allegation contained therein.

16. In response to Paragraph 16, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 16, and on that basis denies each and every allegation contained therein.

17. In response to Paragraph 17, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 17, and on that basis denies each and every allegation contained therein.

18. In response to Paragraph 18, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 18, and on that basis denies each and every allegation contained therein.

19. In response to Paragraph 19, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 19, and on that basis denies each and every allegation contained therein.

20. In response to Paragraph 20, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 20, and on that basis denies each and every allegation contained therein.

21. In response to Paragraph 21, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 21, and on that basis denies each and every allegation contained therein.

22. In response to Paragraph 22, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 22 and on that basis denies each and every allegation contained therein.

23. In response to Paragraph 23, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 23, and on that basis denies each and every allegation contained therein.

24. In response to Paragraph 24, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 24, and on that basis denies each and every allegation contained therein.

25. In response to Paragraph 25, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 25, and on that basis denies each and every allegation contained therein.

26. In response to Paragraph 26, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 26, and on that basis denies each and every allegation contained therein.

27. In response to Paragraph 27, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 27, and on that basis denies each and every allegation contained therein.

28. In response to Paragraph 28, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 28, and on that basis denies each and every allegation contained therein.

29. In response to Paragraph 29, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 29, and on that basis denies each and every allegation contained therein.

30. In response to Paragraph 30, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 30, and on that basis denies each and every allegation contained therein.

31. In response to Paragraph 31, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 31, and on that basis denies each and every allegation contained therein.

32. In response to Paragraph 32, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 32, and on that basis denies each and every allegation contained therein.

33. In response to Paragraph 33, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 33, and on that basis denies each and every allegation contained therein.

34. In response to Paragraph 34, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 34, and on that basis denies each and every allegation contained therein.

35. In response to Paragraph 35, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 35, and on that basis denies each and every allegation contained therein.

36. In response to Paragraph 36, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 36, and on that basis denies each and every allegation contained therein.

37. In response to Paragraph 37, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 37, and on that basis denies each and every allegation contained therein.

38. In response to Paragraph 38, Chase is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 38, and on that basis denies each and every allegation contained therein.

39. In response to Paragraph 39, Chase states that this paragraph states a conclusion of fact or statement of law that requires no response.

40. In response to Paragraph 40, Chase states that this paragraph states a conclusion of fact or statement of law that requires no response.

///

///

///

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. The Complaint fails to state a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Claim Pursuant to 18 U.S.C. § 983(a)(4)(A))

2. Pursuant to 18 U.S.C. § 983(a)(4)(A), in any case in which the United States government files a complaint for forfeiture of property in the appropriate United States District Court, any person claiming an interest in the seized property may file a claim or answer asserting such person's interest.

### THIRD AFFIRMATIVE DEFENSE

### (Superior Interest)

3. Chase's superior interest in the Property is based upon a mortgage properly executed and recorded with the Los Angeles County Registrar.

### FOURTH AFFIRMATIVE DEFENSE

### (Innocent Owner)

4. Chase had no knowledge of alleged conduct giving rise to forfeiture and is an innocent owner as defined by 18 U.S.C. § 983(d). As such, Chase's interest in the Property shall not be forfeited under any civil or criminal forfeiture statute.

### FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

5. Plaintiff's Complaint is barred, in whole or in part, by the doctrine of estoppel.

///

## SIXTH AFFIRMATIVE DEFENSE

## (Waiver)

6. Plaintiff's Complaint is barred, in whole or in part, by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

## (Laches)

7. Plaintiff's Complaint is barred, in whole or in part, by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

## (Failure to Mitigate)

8. Plaintiff failed and neglected to mitigate its alleged damages and, therefore, cannot recover against defendant.

## NINTH AFFIRMATIVE DEFENSE

## (No Proximate Cause)

9. Plaintiff's damages, if any, were not proximately caused by any alleged conduct, act, omission, or breach of duty of Chase.

## TENTH AFFIRMATIVE DEFENSE

## (Compliance with Governing Laws)

10. Chase's compliance with statutes, rules, and regulations, which govern the subject matter of this lawsuit preclude any liability to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

## (Good Faith)

11. Chase acted in good faith, in a commercially reasonable manner, and consistent with the requirements of the law, the note, the mortgage, and the parties' course of performance.

///

## TWELFTH AFFIRMATIVE DEFENSE

### (Unknown Affirmative Defenses)

12. Chase presently has insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated affirmative defense(s) available. Chase reserves the right to assert additional affirmative defense(s) in the event that discovery indicates that it would be appropriate.

WHEREFORE, Chase prays that:

1. Judgment be entered in favor of Chase and against Plaintiff;
2. Plaintiff take nothing by reason of the Complaint;
3. Chase recover its attorneys' fees and costs of suit; and
4. Chase be awarded such further relief as the Court deems just and proper.

DATED: September 26, 2022        DYKEMA GOSSETT LLP

By: _____
BRIAN H. NEWMAN
ROCHELLE L. SMITH
Attorneys for Claimant,
JPMorgan Chase Bank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2022, I electronically filed the foregoing **JPMORGAN CHASE BANK, N.A.'S ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Daniel G. Boyle<br>AUSA – Office of US Attorney<br>General Crimes Section<br>312 N. Spring St. 14th Floor<br>Los Angeles, CA 90012<br><br>Tel:   (213) 894-2426<br>Fax:  (213) 894-0142<br>Email:<br>     Daniel.boyle2@usdoj.gov | Attorney for Plaintiff,<br>UNITED STATES OF AMERICA |
| Jerry Kaplan<br>Joseph D. Benincasa<br>Kaplan Kenegos and Kadin<br>9150 Wilshire Blvd. Suite 175<br>Beverly Hills, CA 90212<br><br>Tel:   (310) 859-7700<br>Fax:  (310) 859-7773<br>Email:<br>     kapkkenkd@pacbell.net | Attorneys for Claimant,<br>NAZIK TUNYAN FAMILY TRUST |

I also certify the document and a copy of the Notice of Electronic Filing was served via  on the following non-CM/ECF participants:

_____
Anna Fevgin