JERRY KAPLAN, ESQ. Bar No. 49142
JOAN KENOS, ESQ. Bar No. 94015
Kaplan, Kenegos and Kadin
9150 Wilshire Boulevard Suite 175
Beverly Hills, California 90212
Email: office@3klaw.com; jkenegos@3klaw.com
Telephone:(310) 859-7700
Facsimile:(310) 859-7773

Attorneys for Claimant
*Greta Akopyan, Trut of the Nazik Tunyan Family Trust*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br>    Defendant.<br><br>GRETA AKOPYAN, TRUSTEE, NAZIK TUNYAN FAMILY TRUST,<br>    Claimant. | CASE NO.   2:22-CV-04950-SVW-JPR<br><br>**NOTICE OF REMOTE APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as counsel for Claimant Greta Akopyan, Trustee Nazik Tunyan Family Trust in the above-captioned case. I certify that I am admitted to practice in this court. I would like to respectfully request to appear via video conference on October 03, 2022 for the Initial Status Conference on the above captured case. I have a hearing in San Diego (*USA v. David Vasquez 3:21-cr-03576-BAS-1*) and I am not able

1
NOTICE OF REMOTE APPEARANCE

to send another attorney in my place as one of my partner has tested positive for COVID-19 and my other partner has a medical condition that requires her to attend daily medical procedures. I agree to keep the proceeding confidential to the same extent as would be required if I were appearing in person.

Dated: September 29, 2022         KAPLAN, KENEGOS, & KADIN

/s/ Jerry Kaplan
Attorneys for Claimant
Greta Akopyan, Trustee, Nazik Tunyan Family Trust