JERRY KAPLAN, ESQ. Bar No. 49142
JOAN KENEGOS, ESQ. Bar No. 94015
Kaplan, Kenegos and Kadin
Attorneys at Law
9150 Wilshire Boulevard Suite 175
Beverly Hills, California 90212
Email: kapkenkd@pacbell.net
Telephone:(310) 859-7700
Facsimile:(310) 859-7773

Attorneys for Defendant
GRETA AKOPYAN, Trustee of the Nazik Family Trust

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA<br>Defendant.<br><br>GRETA AKOPYAN, TRUSTEE, NAZIK TUNYAN FAMILY TRUST,<br>Claimant | CASE NO.    2:22-CV-04950-SVW-JPR<br><br>**ORDER FOR REMOTE APPEARANCE [PROPOSED]** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The claimant's Remote Appearance for Attorney is GRANTED.

Dated: _____        _____
                                                    JUDGE STEPHEN V. WILSON

The defendant's Substitution of Attorney is DENIED

Dated:_____        _____
                                                    JUDGE STEPHEN V. WILSON