E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>                    v.<br><br>REAL PROPERTY LOCATED IN<br>LOS ANGELES, CALIFORNIA,<br><br>              Defendant. | No. 2:22-cv-04950<br><br>**STATUS REPORT** |

    Pursuant to the Court's September 9, 2022 Order setting an initial status conference in this matter, plaintiff United States of America (the "government") hereby files this Status Report regarding issues that may arise at the presently-scheduled October 3, 2022 initial status conference.

//

//

Status of Claims: Direct notice claims were due by August 30, 2022 and claims based on notice by publication were due by September 20, 2022. As such, the time period for any claims to be filed has run, and any and all other potential claims are in default. The present claimants (as asserted in their claims) are:

- The Nazik Tunyan Family Trust, through Greta Akopyan as trustee (the "Trust"); and
- JP Morgan Chase Bank ("Chase").

Settlement: The government has engaged in pre-conference settlement discussion with claimants. The government intends to recognize Chase's claims pursuant to 28 U.S.C. 2465(b)(2)(C) in the form of Chase's mortgage lien on the defendant real property. The government has discussed settlement with counsel for the Trust, but the parties were unable to reach agreement.

Discovery: The government has served Special Interrogatories on the Trust pursuant to Supplemental Rule G(6), to which the trust has responded. The Trust has served requests for documents and admissions on the government, to which the government will respond. The government is prepared to begin producing written discovery promptly.

Expected Motion Practice: the government currently contemplates three potential motions, and will be prepared to discuss these potential motions in more detail at the conference. These are:

- The government has notified the Trust pursuant to L.R.7-3 that the government may move to strike the Trust's claims on the theory that the Trust is a merely straw owner or nominee under the control of the defendant real property's former owner, Tamara Dadyan, who is a fugitive from justice currently detained abroad. See U.S. v. Ayvazyan, 20-cr-579-SVW. The Court presided over the Ayvazyan criminal case and is familiar with the facts there, and the government may request an evidentiary hearing on such a motion to supplement the record here. See Supp. Rule G(8)(c)(ii)(B).

- The government has requested loan documentation from Chase regarding Chase's mortgage loan secured by the defendant real property. Chase is currently seeking these documents, and the government may seek to amend the allegations of the complaint based on these documents, and more specifically, if this loan documentation reveals false statements or identity theft beyond that described in the complaint.
- In the event that the mortgage on the defendant real property remains unpaid and this action cannot resolve through settlement, the government may seek an order authorizing an interlocutory sale of the property pursuant to Supplemental Rule G(7)(b)(i)(C).

Trial Considerations and Scheduling: The Trust has demanded a jury trial. See ECF No. 14. Subject to the above-described potential motion practice, the government will be prepared for trial promptly. The government expects trial would require no more than 2-3 court days and the government does not foresee any unusual trial problems.

DATED: September 30, 2022

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3