UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04950-SVW-JPR | Date | October 3, 2022 |
|---|---|---|---|
| Title | United States of America v. Real Property Located in Los Angeles, California | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel G. Boyle | Brian H. Newman |
| | Appearing by Zoom: |
| | Jerry Kaplan |

**Proceedings:**   NEW CASE STATUS CONFERENCE

　　Status conference held.  The Court orders the government to file it's motion within thirty days of this proceeding.

|  | : | 33 |
|---|---|---|
| | Initials of Preparer | PMC |