E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:      (213) 894-2426
     Facsimile:      (213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:22-cv-04950-SVW-JPR |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAN G. BOYLE |
| v. | |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |
| Defendants. | [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH;] |
| NAZIK TUNYAN FAMILY TRUST, GRETA AKOPYAN, AND JPMORGAN CHASE BANK, N.A., | |
| Claimants. | |

Plaintiff United States of America, by and through its counsel of record, hereby applies to this Court *ex parte* for leave to file under seal certain Exhibits in support of the Government's

1

forthcoming Motion to Strike.  A proposed order authorizing the under seal is being lodged concurrently with this application.

On October 28, 2022, I provided counsel to Claimants Nazik Tunyan Family Trust and JPMorgan Chase Bank, N.A., (the "Claimants") with notice of the government's intent to file an ex parte application for leave to file the Exhibits under seal and asked if Claimants would oppose the application.  Counsel for all Claimants have responded that their clients would not oppose the application to seal.  The government submits the attached memorandum of points and authorities and Declaration of Dan G. Boyle in support of this application.

Dated: October 30, 2022			Respectfully submitted,

						E. MARTIN ESTRADA
						United States Attorney
						SCOTT M. GARRINGER
						Assistant United States Attorney
						Chief, Criminal Division
						JONATHAN GALATZAN
						Assistant United States Attorney
						Chief, Asset Forfeiture Section

						     /s/
						DAN G. BOYLE
						Assistant United States Attorney

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

By this application, the United States of America ("the government") requests leave to file certain Exhibits offered in support of the government's forthcoming motion to strike under seal, in accordance with the pending Protective Order. (ECF No. 24). The government makes this application in abundance of caution, assuming that the pending protective order will be signed and thus under seal filing will be required.

Federal courts are empowered to seal documents in appropriate circumstances. Cf. Fed.R.Crim.P. 6(e)(4) (sealing of indictments). The Supreme Court has noted that "[e]very court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978). The Ninth Circuit has held on at least two occasions that district courts have the inherent power to seal affidavits filed with search warrants in appropriate circumstances. Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the affidavits would disclose facts which would interfere with an ongoing criminal investigation. Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1979).

As the parties recognized in the stipulated pending Protective Order (ECF No. 24), certain discovery materials here contain PII of third parties and cooperating witnesses. The government believes that disclosure of this information without limitation risks the privacy and security of the information's legitimate owners. In addition, because certain of these materials could be used to identify

3

cooperating witnesses, the government believes that the unauthorized dissemination or distribution of the materials may compromise the ability of such persons to participate effectively in future investigations and/or may expose him/her to potential safety risks. As such, the Exhibits must remain under seal.

Based upon the above, the government requests that the court enter the proposed order lodged herewith granting leave to file the Exhibits under seal until further order of the court.

Dated: October 30, 2022          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/s/_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4