UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,,<br><br>    Defendant.<br><br>NAZIK TUNYAN FAMILY TRUST, GRETA AKOPYAN, AND JPMORGAN CHASE BANK, N.A.,<br><br>    Claimants. | Case No.: 2:22-cv-04950-SVW-JPR<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF THE GOVERNMENT'S MOTION TO STRIKE<br><br>[UNDER SEAL] |
|---|---|

//

//

//

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *Ex Parte* Application for Leave to File Exhibits in Support of the Government's Motion to Strike Under Seal is granted.  The Exhibits in Support of the Government's Motion to Strike will be filed and kept under seal until further order of the Court.

IT IS SO ORDERED.

_____                    _____
DATE                                              HONORABLE STEPHEN V. WILSON
                                                  UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

      */s/*
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA