E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES CALIFORNIA<br><br>    Defendant. | Case No. CV 22-4950-SVW<br><br>DECLARATION OF SPECIAL AGENT GEFFREY CLARK<br><br>[EXHIBITS UNDER SEAL] |

1

DECLARATION OF GEFFREY CLARK

I, Geffrey Cark, hereby declare and state as follows:

I have personal knowledge of the following facts and, if called as a witness, would testify thereto under oath.

1. I am a Special Agent with the Internal Revenue Service - Criminal Investigations and was a case agent for the prosecution of United States v. Ayvazyan, 20-cr-579-SVW.

2. Based on my conversations with other investigating agents, I am aware that on or about November 5, 2020, a search warrant was executed at the real property that is the defendant in this action (the "Weddington Property"). One room of the Weddington Property was identified as a home office and contained a large number of documents in separate folders, many of which appeared to contain personally-identifying information of unrelated persons (the "Weddington Office")

3. Attached as Exhibit 5 is a true and correct copy of a compilation of documents recovered from folders found in the Weddington Office.

4. Attached as Exhibit 6 is a true and correct copy of a compilation of documents produced by claimant JP Morgan Chase Bank in this action.

5. Attached as Exhibit 7 is a true and correct copy of a ███████████████████████████████████████████████ ███████████████ ██████████ ██████████ ████████ ███████.

6. ███████████████████████████████████████ ████████████████████ █ ████████████████ ██████████ ████████ ████████ ████████████████████████

1

███████████████████████ ███████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2022 in Los Angeles, California.

_____
GEFFREY CLARK, SA IRS-CI