E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>        Defendant. | No. 2:22-cv-04950-SVW<br><br><u>NOTICE OF REQUEST FOR CROSS-EXAMINATION</u><br><br>HEARING DATE: December 5, 2022<br>LOCATION: Courtroom of the Hon. Stephen R. Wilson |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Dan G. Boyle, hereby provide this Notice pursuant to C.D.Cal. L.R. 7-8 that Plaintiff requests the presence of declarant Greta Akopyan for cross-examination at the December 5, 2022 hearing on Plaintiff's Motion pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions to strike certain claims in this action. [ECF No. 29].

Pursuant to C.D.Cal. L.R. 7-8, any objection to his notice must be served and file not less than 11 days prior to the December 5, 2022 hearing.

Dated: November 21, 2022          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　　　/s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA