E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>       Defendant. | No. 2:22-cv-04950-SVW<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br><br>Current Date: 12/5/2022<br><br>[Proposed] Date: 1/9/2023 |

    Plaintiff United States of America (the "government") and claimant Nazik Tunyan Family Trust (the "Trust") hereby stipulate and agreed as follows:

    1.  On November 2, 2022, plaintiff filed a motion to strike the claims of the Trust in this action (the "Motion") and noticed a hearing date of December 5, 2022 for a requested evidentiary hearing on the Motion. See ECF No. 29.

    2.  On November 14, 2022, the Trust opposed the Motion, see ECF No. 32, and on November 21, 2022 the government filed its reply. See

ECF No. 34. Along with its reply, the government filed a request to cross-examine trustee Greta Akopyan at the December 5, 2022 evidentiary hearing.

3. Counsel for the Trust is scheduled to be in trial in December and would need to appear remotely, and wishes to be present with Akopyan in person for any cross-examination.

4. To allow for the Trust's counsel to appear in person and properly prepare for the evidentiary hearing, and accounting for counsels' schedules, the parties respectfully request that the Court continue the hearing from December 5, 2022 to January 9, 2023, at 1:30 p.m.

5. The parties respectfully request that the Court sign the accompanying proposed order.

DATED: November 29, 2022   E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

/s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 29, 2022

/s/ (*e-mail authorization 11-28-22*)
JERRY KAPLAN, ESQ.

Attorney for Claimant
NAZIK TUNYAN FAMILY TRUST

2