1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                   WESTERN DIVISION

| 11 | UNITED STATES OF AMERICA, | No. 2:22-cv-04950-SVW |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **[PROPOSED] ORDER CONTINUING EVIDENTIARY HEARING** |
| 14 | REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | Current Date: 12/5/2022 |
| 15 | | Proposed Date: 1/9/2023 |
| 16 | Defendant. | |

17
18   The Court has read and considered the Stipulation for a
19   Continuance of the presently-scheduled December 5, 2022 evidentiary
20   hearing on Plaintiff United States of America's motion to strike [ECF
21   No. 29], filed in this matter on November 29, 2022, which this Court
22   incorporates by reference into this Order, and FOR GOOD CAUSE SHOWN
23   the Court hereby FINDS AND ORDERS as follows:
24   //
25   //
26
27
28

1. The hearing on plaintiff's motion to strike is continued from December 5, 2022, at 1:30 p.m., to January 9, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2