UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:22-cv-04950-SVW |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING EVIDENTIARY HEARING** |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | Current Date: 12/5/2022 |
| Defendant. | New Date: 1/9/2023 |

The Court has read and considered the Stipulation for a Continuance of the presently-scheduled December 5, 2022 evidentiary hearing on Plaintiff United States of America's motion to strike [ECF No. 29], filed in this matter on November 29, 2022, which this Court incorporates by reference into this Order, and FOR GOOD CAUSE SHOWN the Court hereby FINDS AND ORDERS as follows:

//

//

1. The hearing on plaintiff's motion to strike is continued from December 5, 2022, at 1:30 p.m., to January 9, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 1, 2022

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE