UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04950-SVW-JPR | Date | December 27, 2022 |
|---|---|---|---|
| Title | *United States v. Real Property Located in Los Angeles, California* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER REGARDING RECUSAL

 The Court advises the parties that I have held an account at JP Morgan Chase for many years. The account solely contains U.S. 3-month treasury bills. I do not trade the bonds before they come due. This interest is a small portion of my total net worth. JP Morgan Chase is also one of the largest financial institutions in the world.

 The Court does not view this financial interest as falling under any of the bases for recusal listed in 28 U.S.C. section 455(b)(1)-(5). Nor does the Court view this bank account as an interest that would reasonably question impartiality. 28 U.S.C. section 455(a).

 If the parties feel differently, they should so advise the Court.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | PMC |