UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN<br>LOS ANGELES, CALIFORNIA,<br><br>             Defendant. | No. 2:22-cv-04950-SVW<br><br>**ORDER RE: PRESENCE FOR CROSS-EXAMINATION** |

    The Court has read and considered the Plaintiff United States of America's request for cross-examination of declarant Greta Akopyan at the December 5, 2022 hearing on Plaintiff's Motion pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to strike certain claims in this action. [ECF No. 29].

    FOR GOOD CAUSE SHOWN the Court hereby FINDS AND ORDERS as follows:

//

Claimant Nazik Tunyan Family Trust is ordered to produce declarant Greta Akopyan for cross-examination at the December 5, 2022 hearing on Plaintiff's Motion.

Declarant Greta Akopyan may appear remotely and assisted by a court-certified Armenian language interpreter if requested.

IT IS SO ORDERED.

Dated: December 28, 2022

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2