UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04950-SVW-JPR | Date | January 10, 2023 |
|---|---|---|---|
| Title | United States of America v. Real Property Located in Los Angeles, California | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Laura Elias | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel G. Boyle, AUSA | Jerry Kaplan |
| | Brian H. Newman |

**Proceedings:** HEARING ON [29] MOTION to Strike Claims of the Nazik Family Trust filed by plaintiff United States of America; [31] SEALED MOTION TO STRIKE CLAIMS PURSUANT TO RULE G(8)(c) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

Hearing held. The matter is submitted. Order to issue.

|   | : | 10 |
|---|---|---|
| | Initials of Preparer | PMC |