G-120 (06/18)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Jerry Kaplan |
| 1b. Attorney Name (if different) | |
| 2a. Contact Phone Number | 310-859-7700 |
| 2b. Attorney Phone Number | |
| 3a. Contact E-mail Address | office@3klaw.com |
| 3b. Attorney E-mail Address | |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | KAPLAN, KENEGOS & KADIN |
| 5. Name & Role of Party Represented | GRETA AKOPYAN-TRUSTEE |
| 6. Case Name | United States of America v. Real Property Located in Los Angeles, California |
| 7a. District Court Case Number | 2:22-cv-04950-SVW-JPR |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: LAURA ELIAS

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)* | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than 'Ordinary'-30.)* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | | |
|   |   |   |   | | | | | | | *(CM/ECF access included with purchase of transcript.)* |
|   |   |   |   | | | | | | WORD INDEXING | |
| 01/10/2023 | 42 | WILSON | MOTION HEARING | ● | ○ | ○ | ○ | ○ | ● | EXPEDITED (7-day) ◀ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ◀ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ◀ |
| | | | | ○ | ○ | ○ | ○ | ○ | | ◀ |
| | | | | ○ | ○ | ○ | ○ | ○ | | ◀ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  01/12/2023        Signature  /S/ JERRY KAPLAN