1    JERRY KAPLAN,. Esq.  CA Bar# 49142
     Kaplan, Kenegos & Kadin
2    9150 Wilshire Boulevard
     Suite 175
3    Beverly Hills, CA 90212
     (310) 859-7700
4    Facsimile: (310) 859-7770
     Email: office@3klaw.com
5
6    Attorneys for Defendants
7
8
                **UNITED STATES DISTRICT COURT**
9
         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
                    **WESTERN DIVISION**
11

12   UNITED STATES OF AMERICA,              Case No.: CV:22-44950-SVC

13          Plaintiff,

14                                          DECLARATION OF GRETA AKOPYAN IN
                                            SUPPORT OF CLAIMANT'S RESPONSE TO
     v.                                     QUESTIONS POSED BY THE COURT IN
15                                          THE MATTER OF THE GOVERNMENT'S
                                            MOTION TO STRIKE CLAIMS AS SET
16   REAL PROPERTY LOCATED IN LOS           FORTH IN THE COURT'S CIVIL MINUTES
     ANGELES, CALIFORNIA,                   DATED JANUARY 12, 2023.
17
18          Defendant.

19   THE NAZIK TUNYAN FAMILY TRUST,

20          Claimant.

21

22          I, GRETA AKOPYAN, declare as follows:

23          1.      I am an adult over the age of 18 years.  I am the Trustee of the Nazik

24   Tunyan Family Trust.  The following matters stated herein are true to my own knowledge

25   and belief.  If called as a witness, I could and would testify as follows.

26          2.      The Nazik Tunyan Family Trust became irrevocable upon the death of the

27   Trust Settlor Nazik Tunyan in 2015.  I have no information as to whether Geghetsik

28   Gevorgyan ("Gevorgyan") "consented" to becoming the trustee prior to my appointment

     as trustee.  I was appointed Trustee pursuant to the methodology contained in the Trust.

                                        1

3.      I have no knowledge as to whether Gevorgyan performed the powers and duties enumerated in the trust instrument.  I have no knowledge as to whether Gevorgyan "paid the mortgage…and other expenses."

4.      I believe, but I do not have direct knowledge, that Nazik Tunyan caused the Trust document to be prepared.  I have no knowledge of who "drafted" the subject trust.

5.      As far as I know, the Trust document has not been "recorded."  The Trust is irrevocable, and became so upon the death of Nazik Tunyan in 2015.  The beneficiary, my granddaughter Angelina Ayvazyan, has resided in the property since 2014.

6.      I have no knowledge as to whether Nazik Tunyan's signature appears on documents after her death, or why it would.  The Trust was created and signed before her death in 2015.

7.      I have resided in the property, taken control of and maintained the property for the benefit of the beneficiary, Angelina Ayvazyan, and paid all expenses necessary to be paid since becoming the Trustee.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: _1-26-2023_        Signed: _____ , at _____, California.

2

# Declaration of Angelina Ayvazyan

JERRY KAPLAN, Esq.  CA Bar# 49142
Kaplan, Kenegos & Kadin
9150 Wilshire Boulevard
Suite 175
Beverly Hills, CA 90212
Phone: (310) 859-7700
Facsimile: (310) 859-7770
Email: office@3klaw.com

Attorneys for Claimant NAZIK TUNYAN FAMILY TRUST

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV 22-44950-SVC |
| Plaintiff | DECLARATION OF ANGELINA AYVAZYAN IN SUPPORT OF HER OPPOSITION TO THE GOVERNMENTS MOTION TO STRIKE CLAIMS |
| v. | |
| REAL PROPERTY LOCATED IN LOS ANGELES CALIFORNIA, | Hearing Date: December 5, 2022 Location: Courtroom of Hon. Stephen   R. Wilson |
| Defendant. | |
| THE NAZIK TUNYAN FAMILY TRUST, | |
| Claimant. | |

I, ANGELINA AYVAZYAN, declare as follows:

1.     I am, at the execution of this Declaration, a minor of fifteen (15) year of age.  I am the granddaughter of Trustee Greta Akopyan, beneficiary Angelina Ayvazyan. The matters stated herein are true to my own knowledge to which I would testify if called upon to do so.

i

2. I was eight (8) years of age in 2014 when the Trust was executed.

3. I have lived at the subject property in this matter commonly known as 17450 Weddington Street, Encino, California 91316, since at least 2014 and currently live at this property.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: 11-12-22 _____   Signed: _____ at

Encino _____, California.

ii

# Declaration of Greta Akopyan

1   JERRY KAPLAN,. Esq.  CA Bar# 49142
    Kaplan, Kenegos & Kadin
2   9150 Wilshire Boulevard
3   Suite 175
    Beverly Hills, CA 90212
4   Phone: (310) 859-7700
5   Facsimile: (310) 859-7770
    Email: office@3klaw.com
6

7   Attorneys for Claimant NAZIK TUNYAN FAMILY TRUST
8

9                UNITED STATES DISTRICT COURT
10       FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                   WESTERN DIVISON
12

13  UNITED STATES OF AMERICA,          Case No.: CV 22-44950-SVC
14       Plaintiff                     DECLARATION OF GRETA
15                                      AKOPYAN IN SUPPORT OF
                                        HER OPPOSITION TO THE
16  v.                                  GOVERNMENTS MOTION TO
                                        STRIKE CLAIMS
17  REAL PROPERTY LOCATED IN LOS        Hearing Date: December 5, 2022
18  ANGELES CALIFORNIA,                 Location: Courtroom of Hon.
                                        Stephen   R. Wilson
19       Defendant.
20
21  THE NAZIK TUNYAN FAMILY TRUST,
22       Claimant.
23

24      I, GRETA AKOPYAN, declare as follows:
25      1.    I am an adult over the age of 18 years. I am the grandmother of Trust
26  beneficiary Angelina Ayvazyan. I am the Trustee of the Nazik Tunyan Family
27  Trust which was made irrevocable upon the death of Nazik Tunyan in 2015. The
28

                                        i

matters stated herein are true to my own knowledge to which I would testify if called upon to do so.

2.     I became the appointed successor Trustee when the previous Trustee resigned. Pursuant to the terms of the trust, the successor trustees had the power to appoint a successor Trustee and through their attorney in fact, appointed me. I had prepared and signed an Appointment of Successor Trust which I have attached as a true and correct copy identified as Exhibit C in the Opposition.

3.     Upon my appointment, I also executed an Affidavit – Change of Trustee pursuant to California Probate Code §18105, which I have attached as a true and correct copy identified as Exhibit B in the Opposition.

4.     As the grandmother of Angelina Ayvazyan, I have personal knowledge that Angelina has lived at the subject property in this matter commonly known as 17450 Weddington Street, Encino, California 91316, since at least 2014.

5.     I have personal knowledge that the Trustor, Nazik Tunyan, lived at the subject property in this matter commonly known as 17450 Weddington Street, Encino, California 91316, since at least 2014.

6.     Pursuant to the terms of the Trust, I intend to convey a grant deed to the subject property as Trustee of the Trust to Angelina Ayvazyan as soon as she turns eighteen (18) years of age, or as soon thereafter as it practicable.

7.     I have reviewed the Opposition to the Motion to Strike Claims and believe the facts stated therein are true to my own knowledge.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: _11-12-2022_   Signed: _____   at

_Encino_____, California.

ii

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California.  I am over the age of eighteen (18) and not a party to the within action; my business address is 9150 Wilshire Blvd., Suite 175, Beverly Hills, California 90212.

On November 11, 2022, I served the foregoing document described as **OPPOSITION TO NOTICE OF MOTION TO STRIKE CLAIMS,** as follows:

DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section
E-mail: Daniel.Boyle2@usdoj.gov

BRIAN NEWMAN, ESQ.
Attorneys for Claimant
JPMORGAN CHASE BANK
Email: bnewman@dykema.com

[ ] By United States mail.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above (specify one):

(1) [ X ] **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept service by electronic transmission pursuant to C.C.P. Sections 2025.310(b) and 1010.6 et seq., and/or temporary resulting from Executed Order N-38-20 Stay at Home Order/ Regulation issued by the State of California's Governor, Gavin Newsom, effective March 27, 2020 to address the COVID 19 National Health Pandemic; I caused the documents to be sent to the persons at the electronic notification addresses listed below.

(2) [ ] placed the envelope for collection and mailing, following our ordinary business practice.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on November 14, 2022

/s/ Dulce Garcia
Dulce Garcia