UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>REAL PROPERTY LOCATED IN<br>LOS ANGELES, CALIFORNIA,<br><br>          Defendant.<br><br>NAZIK TUNYAN FAMILY TRUST,<br>GRETA AKOPYAN, AND JPMORGAN<br>CHASE BANK, N.A.,<br><br>          Claimants. | No.  2:22-cv-04950-SVW-JPR<br><br>ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

//

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *Ex Parte* Application for Leave to File the notes of interview with Geghetsik Gevorgyan Under Seal is granted. These documents will be filed and kept under seal until further order of the Court.

IT IS SO ORDERED.

February 1, 2023
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

   /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA