E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-2426
     Facsimile:    (213) 894-0142
     E-mail:  daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No.   2:22-cv-04950-SVW-JPR |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENT TO MOTION TO STRIKE; DECLARATION OF DAN G. BOYLE; EXHIBITS |
| v. | |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | |
| Defendant. | |
| NAZIK TUNYAN FAMILY TRUST, GRETA AKOPYAN, AND JPMORGAN CHASE BANK, N.A., | |
| Claimants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Dan G. Boyle, hereby files this Supplement to the Government's Motion to Strike the Claim

1

of the Nazik Tunyan Family Trust [ECF No. 29].

    The government files this Supplement pursuant to the Court's Order of January 12, 2023 [ECF No. 43] and based on the accompanying Declaration of Dan G. Boyle and exhibits, and the files and records of this case.

DATED: February 17, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

      /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF AUSA DAN G. BOYLE**

I, Dan G. Boyle, declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California in Los Angeles, California. I am one of the attorneys responsible for the representation of the Plaintiff United States of America (the "government") in this matter. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto.

2. I make this declaration in support of the Government's Motion to Strike the Claim of the Nazik Tunyan Family Trust (the "Motion").

3. On January 10, 2023, the Court held a hearing on the Motion. Following that hearing, the Court issued an Order requiring the government to "file on the docket the interview with [Geghetsik] Gevorgyan as a supplement to its motion." ECF No. 43, at 4.

4. On February 1, 2023 the government filed an agent's notes of the above-referenced interview with Gevorgyan under seal, but as reflected in those notes, the interview was conducted in Armenian and was not recorded. See ECF No. 49, a 3.

5. Because there was no recording of the Gevorgyan interview as referenced in the Court's January 10, 2023 Order, the government then re-contacted Gevorgyan and requested, and has now received, a Declaration from Gevorgyan, signed on February 16, 2023, confirming the substance of the previously-filed interview notes.

6. Attached to this Declaration is the signed Gevorgyan Declaration.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2023 at Los Angeles, California.

                                               /s/
                                            DAN G. BOYLE