UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04950-SVW-JPR | Date | March 20, 2023 |
|---|---|---|---|
| Title | United States of America v. Real Property Located in Los Angeles, California | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | Mary Rickey | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel G. Boyle, AUSA | Jerry Kaplan |
| | Rochelle Smith |

**Proceedings:**     EVIDENTIARY HEARING

    Case called. Attorneys state their appearances. The witness is called, sworn and testifies, with the assistance of Armenian Language Interpreters. Exhibits admitted.

    The Court entertains argument. The matter is submitted. Order to issue.

                                                                                     :    25

                                                                         Initials of Preparer    PMC