E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2426
      Facsimile: (213) 894-0142
      E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-cv-04950-SVW-JPR |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DEADLINE TO FILE PLAINTIFF'S BRIEF RE: EIGHTH AMENDMENT** |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA, | Current Date: 4/20/2023 |
| Defendant. | [Proposed] Date: 5/11/2023 |

   Plaintiff United States of America (the "government"), claimants Nazik Tunyan Family Trust (the "Trust") and JPMorgan Chase Bank, N.A. (the "Bank"), and potential claimant Greta Akopyan ("Potential Claiamnt") hereby stipulate and agree as follows:

   1. On March 30, 2023, the Court issued Minutes of Order Granting Plaintiff's Motion to Strike Claimant's Nazik Family Trust. [ECF No. 56].

   2. In the Minute Order, the Court instructed the government to brief the issue of why the forfeiture does not violate the Eighth

Amendment.  The Court ordered the government to file a brief 21 days from the issuance of the Order.  The deadline to file the brief is presently April 20, 2023.

  3. The parties are presently in settlement discussions, which if successful would moot the question to be addressed in the currently-scheduled briefing and resolve this matter entirely.

  4. Through this stipulation, Potential Claimant does not waive the right to seek leave to file a claim in this action, and the government agrees that the time between this stipulation and any such application shall not prejudice any application by Potential Claimant.

  5. The parties hereby stipulate and request the Court continue the briefing deadline from April 20, 2023 to May 11, 2023 in order to continue settlement discussions that may resolve this action.

  IT IS SO STIPULATED.

DATED: April 10, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

(*signatures continued on next page*)

Dated: April __, 2023

_____
JERRY KAPLAN, ESQ.

Attorney for Claimant
NAZIK TUNYAN FAMILY TRUST

Dated: April __, 2023

_____
JERRY KAPLAN, ESQ.

Attorney for Potential Claimant
GRETA AKOPYAN

Dated: April 10, 2023

  /s/ (e-mail authorization 4-10-23)[1]
BRIAN NEWMAN, ESQ.

Attorney for Claimant
JPMORGAN CHASE BANK, N.A.

---

[1] Pursuant to C.D.Cal. LR 5-4.3.4(a)(2)(ii), AUSA Dan G. Boyle attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content, and have authorized this filing.

3

Dated: April 10, 2023

_____
JERRY KAPLAN, ESQ.

Attorney for Claimant
NAZIK TUNYAN FAMILY TRUST

Dated: April 10, 2023

_____
JERRY KAPLAN, ESQ.

Attorney for Potential Claimant
GRETA AKOPYAN

Dated: April ___, 2023

_____
BRIAN NEWMAN, ESQ.

Attorney for Claimant
JPMORGAN CHASE BANK, N.A.

3