UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>REAL PROPERTY LOCATED IN<br>LOS ANGELES, CALIFORNIA,<br><br>    Defendant. | No. 2:22-cv-04950-SVW-JPR<br><br>**[PROPOSED] ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE BRIEF**<br><br>Current Date: 4/20/2023<br><br>Proposed Date: 5/11/2023 |

   Having considered the stipulation between plaintiff United States of America and claimants Nazik Tunyan Family Trust and JPMorgan Chase Bank, N.A., and potential claimant Greta Akopyan and for good cause shown, IT IS ORDERED that:

//

//

//

1. The deadline to file Plaintiff's briefing regarding potential Eighth Amendment issues is continued from April 20, 2023 to May 11, 2023.

IT IS SO ORDERED.

Dated:

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA