1

2

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           No. 2:22-cv-04950-SVW-JPR

12             Plaintiff,

13                v.                      [PROPOSED] ORDER CONTINUING
                                          PLAINTIFF'S DEADLINE TO FILE
                                          BRIEF
14   REAL PROPERTY LOCATED IN
     LOS ANGELES, CALIFORNIA,            Current Date: 4/20/2023

15             Defendant.                Proposed Date: 5/11/2023

16

17        Having considered the stipulation between plaintiff United

18   States of America and claimants Nazik Tunyan Family Trust and

19   JPMorgan Chase Bank, N.A., and potential claimant Greta Akopyan and

20   for good cause shown, IT IS ORDERED that:

21
     //
22
23   //

24
     //
25

26

27

28

1      1.    The deadline to file Plaintiff's briefing regarding

2  potential Eighth Amendment issues is continued from April 20, 2023 to

3  May 11, 2023.

4      IT IS SO ORDERED.

5

6  Dated: April 12, 2023      _____

7                             THE HONORABLE STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE

8  Presented by:

9  E. MARTIN ESTRADA
   United States Attorney
10 MACK E. JENKINS
   Assistant United States Attorney
11 Chief, Criminal Division
   JONATHAN GALATZAN
12 Assistant United States Attorney
   Chief, Asset Forfeiture and Recovery
13 Section

14  /s/ _____

15 DAN G. BOYLE
   Assistant United States Attorney
16
   Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28