JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>REAL PROPERTY LOCATED IN LOS<br>ANGELES, CALIFORNIA<br><br>          Defendant. | NO. 2:22-cv-04950-SVW-JPR<br><br>**ORDER DISMISSING ACTION** |
| JPMORGAN CHASE BANK, N.A.,<br>NAZIK TUNYAN FAMILY TRUST AND<br>GRETA AKOPYAN,<br><br>          Claimants. | |

//

//

1      Pursuant to the stipulation between plaintiff United States of

2  America and claimant JPMorgan Chase Bank, N.A., claimant Nazik Tunyan

3  Family Trust, and potential claimant Greta Akopyan, and good cause

4  appearing therefor, IT IS HEREBY ORDERED that this action is

5  dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

6      Reasonable cause existed pursuant to 28 U.S.C. § 2465, and the

7  parties hereto shall bear their own attorneys fees and costs.

8  Dated: __December 26, 2023__        _____

9                                      THE HONORABLE STEPHEN V. WILSON
                                       UNITED STATES DISTRICT JUDGE
10

11 Presented By:

12 E. MARTIN ESTRADA
   United States Attorney
13 MACK E. JENKINS
   Assistant United States Attorney
14 Chief, Criminal Division
   JONATHAN GALATZAN
15 Assistant United States Attorney
   Chief, Asset Forfeiture & Recovery Section
16

17    /s/
   _____
   DAN G. BOYLE
18 Assistant United States Attorney

19 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

20

21

22

23

24

25

26

27

28